# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VSEVOLOD GARANAN,** | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:14- CV-2129 |
| v. | : | (MANNION, D.J.) (CARLSON, M.J.) |
| **CITY OF SCRANTON,** *et al.,* | : | |
| Defendants. | : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The report and recommendation of Judge Carlson, (Doc. 15), is **ADOPTED IN ITS ENTIRETY**;

(2) The defendants' motion to dismiss plaintiff's amended complaint (Doc. 12) is **GRANTED**;

(3) The plaintiff's amended complaint (Doc. 10) is **DISMISSED WITHOUT PREJUDICE**;

(4) The plaintiff may file a second amended complaint, as specified in the report and recommendation of the Judge Carlson, on or before **March 27, 2015**; and

(5) The case is **REMANDED** to Judge Carlson for further proceedings.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 2, 2015**