# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VSEVOLOD GARANAN,** | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:14- CV-2129 |
| v. | : | (MANNION, D.J.)<br>(CARLSON, M.J.) |
| **CITY OF SCRANTON,** *et al.*, | : | |
| Defendants. | : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The report and recommendation of Judge Carlson, **(Doc. 70)**, is **ADOPTED**;

**(2)** The defendants' motion for partial summary judgment with respect to the plaintiff's class-of-one equal protection claim in Count III of his fourth amended complaint, **(Doc. 53)**, is **DENIED WITHOUT PREJUDICE**, as specified in the foregoing memorandum; and

**(3)** This case is **RECOMMITTED** to Judge Carlson for further proceedings consistent with the court's memorandum, including the consideration of the defendants' supplemental brief, **(Doc. 73)**, and to set up a briefing schedule for the plaintiff to respond to this brief and submit additional evidence.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: May 14, 2018**